UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMEN KEMPF, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                                    Plaintiff,<br><br>v.<br><br>CORBUS PHARMACEUTICAL HOLDINGS, INC., YUVAL COHEN, AND SEAN MORAN,<br><br>                                   Defendants. | Case No. 1:19-cv-10457 |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

      Please enter my appearance on behalf of Plaintiff Carmen Kempf the above-captioned matter.

| | |
|---|---|
| March 13, 2019 | Respectfully submitted,<br><br>*/s/ Jacob A. Walker*<br>Jacob A. Walker (BBO # 688074)<br>**Block & Leviton LLP**<br>155 Federal Street, Suite 400<br>Boston, Massachusetts 02110<br>(617) 398-5600 phone<br>(617) 507-6020 fax<br>jake@blockesq.com |

**Certificate of Service**

I, Jacob A. Walker, hereby certify that a copy of this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing at the time it is filed through the CM/ECF system on March 13, 2019

                */s/ Jacob A. Walker*
                Jacob A. Walker