UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**MARIE BERNER, individually and on** )
**behalf of all others similarly situated,** )   **Civil Action No.**
                                    )   **19-cv-10457-FDS**
      **Plaintiff,**                    )
                                    )
      **v.**                            )
                                    )
**CORBUS PHARMACEUTICAL**            )
**HOLDINGS, INC.; YUVAL COHEN; and** )
**SEAN MORAN,**                      )
                                    )
      **Defendants.**                   )
_____)

## ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S COUNSEL

**SAYLOR, J.**

This is a class action filed against defendants Corbus Pharmaceutical Holdings, Inc. and certain of its officers and directors alleging violations of the federal securities laws.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), a notice was issued on March 12, 2019, to potential class members of the action informing them of their right to move to serve as lead plaintiff by May 13, 2019—that is, within 60 days of the date of the issuance of the notice.

On May 13, 2019, plaintiff Marie Berner moved for an order appointing her as lead plaintiff and approving the selection of The Rosen Law Firm, P.A. as lead counsel.[1] No opposition to the motion has been filed.

---

[1] Berner also filed for an order consolidating this proceeding with *Wood v. Corbus Pharmaceutical Holdings, Inc., et al.*, Civil Action No. 19-10600-FDS. That portion of the motion has been rendered moot by the voluntary dismissal of the *Wood* case.

The PSLRA provides, among other things, that the most adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the class and satisfies the requirements of Fed. R. Civ. P. 23.  15 U.S.C. § 78u-4(a)(3)(B).

The court finds that Berner has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Accordingly, it is hereby ordered as follows:

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Marie Berner is appointed as lead plaintiff for the class, as she appears to have the largest financial interest in this litigation and otherwise appears to satisfy the requirements of Fed. R. Civ. P. 23.

2. The Rosen Law Firm, P.A. is appointed as lead counsel.

3. Lead counsel shall manage the prosecution of this litigation.  Lead counsel is to avoid duplicative or unproductive activities and is hereby vested by the court with responsibilities that include, without limitation, the following:  (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of lead plaintiff and the putative class.

**So Ordered.**

Dated:   June 3, 2019

/s/  F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge